UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ANGEL GARCIA,<br><br>      Petitioner,<br><br>v.<br><br>WARDEN BAKER, et al.,<br><br>     Respondents. | Case No. 3:17-cv-00291-RCJ-VPC<br><br>ORDER |

This is a 28 U.S.C. § 22554 petition filed by Nevada state prisoner Angel Garcia. Garcia paid the $5.00 filing fee, but due to a clerical error no payment appeared on the docket. The docket has been corrected (see ECF No. 4). The court has reviewed the petition pursuant to Habeas Rule 4, and it shall be docketed and served on respondents.

A petition for federal habeas corpus should include all claims for relief of which petitioner is aware. If petitioner fails to include such a claim in his petition, he may be forever barred from seeking federal habeas relief upon that claim. *See* 28 U.S.C. §2254(b) (successive petitions).

Petitioner has also submitted a motion for appointment of counsel (ECF No. 1-2). There is no constitutional right to appointed counsel for a federal habeas corpus proceeding. *Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987); *Bonin v. Vasquez*, 999 F.2d 425, 428 (9th Cir.1993). The decision to appoint counsel is generally

discretionary. *Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir.1986), cert. denied, 481

U.S. 1023 (1987); *Bashor v. Risley*, 730 F.2d 1228, 1234 (9th Cir.), cert. denied, 469

U.S. 838 (1984). However, counsel must be appointed if the complexities of the case

are such that denial of counsel would amount to a denial of due process, and where the

petitioner is a person of such limited education as to be incapable of fairly presenting his

claims. *See Chaney*, 801 F.2d at 1196; *see also Hawkins v. Bennett*, 423 F.2d 948 (8th

Cir.1970). Here, the court notes that Garcia was a juvenile at the time of his second-

degree-murder conviction and is serving terms that amount to thirty-six years to life.

Moreover, it appears that some of the legal issues he wishes to raise may be complex.

Therefore, Garcia's motion for counsel shall be granted.

IT IS THEREFORE ORDERED that the Clerk **shall file and ELECTRONICALLY**

**SERVE** the petition (ECF No. 1-1) on the respondents.

IT IS FURTHER ORDERED that the Clerk shall add Adam Paul Laxalt, Nevada

Attorney General, as counsel for respondents.

IT IS FURTHER ORDERED that the Clerk shall detach and file petitioner's

motion for appointment of counsel (ECF No. 1-2).

IT IS FURTHER ORDERED that petitioner's motion for appointment of counsel is

GRANTED.

IT IS FURTHER ORDERED that the Federal Public Defender for the District of

Nevada (FPD) is appointed to represent petitioner.

IT IS FURTHER ORDERED that the Clerk shall **ELECTRONICALLY SERVE** the

FPD a copy of this order, together with a copy of the petition for writ of habeas corpus

(ECF No. 1-1). The FPD shall have thirty (30) days from the date of entry of this order

1    to file a notice of appearance or to indicate to the court its inability to represent

2    petitioner in these proceedings.

3    **IT IS FURTHER ORDERED** that after counsel has appeared for petitioner in this

4    case, the court will issue a scheduling order, which will, among other things, set a

5    deadline for the filing of an amended petition.

6

7

8

9

10   DATED: January 29, 2018.

11

12   _____
     ROBERT C. JONES
     UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28