Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Amelia L. Bizzaro
Assistant Federal Public Defender
Wisconsin State Bar No. 1045709
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Amelia_Bizzaro@fd.org

Attorney for Petitioner Angel Garcia

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Angel Garcia,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>Warden Baker, *et al.*,<br><br>　　　　Respondents. | Case No. 3:17-cv-00291-RCJ-VPC<br><br>**Unopposed Motion to Extend Time to File Amended Petition**<br><br>**(First Request)** |

## Points And Authorities

Petitioner Hector Leonard respectfully asks this Court to enter an Order extending his deadline for filing a counseled amended petition by 120 days from June 25, 2018 until October 23, 2018 to file an amended petition.

Mr. Garcia timely filed his petition by mail on April 13, 2017.[1] At the same time, he asked this Court to appoint him an attorney.[2] This Court granted his motion, and appointed the Federal Public Defender, District of Nevada.[3] Counsel made her appearance on February 28, 2018.[4] The Court gave counsel 90 days, until June 25, 2018, to file an amended petition or other relief.[5]

This is Mr. Garcia's first request to extend his deadline.

Upon receiving an appointment, the FPD orders all of the client's records from all of his prior attorneys and from the state courts, scans them and inputs them into a document management system for review. This process takes several months, and has not yet been completed. Counsel and her team are in the process of ordering the missing records and ensuring that we have all the available files from Mr. Garcia's prior attorneys.

Although FPD continues to gather Mr. Garcia's file, counsel has begun reviewing the documents we do have, and met in person with him at Lovelock Correctional Center.

This requested extension will permit counsel time to ensure her file is complete before filing an amended petition. It is not made for the purposes of delay, but rather in the interests of justice as well as Mr. Garcia's interests.

---

[1] ECF No. 1-1.
[2] ECF No. 6.
[3] ECF No. 5.
[4] ECF No. 8.
[5] ECF No. 9.

On June 25, 2018, counsel contacted Deputy Attorney General Jessica Perlick regarding this extension request. She has no objection.

Dated June 25, 2018.

                                Respectfully submitted,

                                Rene L. Valladares
                                Federal Public Defender

                                */s/Amelia L. Bizzaro*
                                Amelia L. Bizzaro
                                Assistant Federal Public Defender

IT IS SO ORDERED:

_____
United States District Judge

Dated: 6-28-18