Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Amelia L. Bizzaro
Assistant Federal Public Defender
Wisconsin State Bar No. 1045709
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Amelia_Bizzaro@fd.org

Attorney for Petitioner Angel Garcia

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Angel Garcia,

    Petitioner,

v.

Warden Baker, *et al.*,

    Respondents.

Case No. 3:17-cv-00291-RCJ-CBC

**Unopposed Motion to Extend Time to File Amended Petition**

**(Second Request)**

## POINTS AND AUTHORITIES

Petitioner Angel Garcia respectfully asks this Court to enter an Order extending his deadline for filing a counseled amended petition by 90 days from October 23, 2018 to January 21, 2019 file an amended petition.

This is Mr. Garcia's second request to extend his deadline. He previously received a 120-day extension.

In the last four months, counsel and her team have ordered records from at least 10 different entities in Nevada and California. Some records are still being processed. For example, last week a representative from Child Protective Services called to inform us that our request had been received and completed and the records had been sent to the Washoe County District Attorney's Office to be redacted and distributed. Undersigned counsel also filed a Petition for Release of Juvenile Records in Family Court in Washoe County on September 20, 2018. The Court has not yet ruled on that petition. Mr. Garcia's juvenile records are critical to counsel's review of the case because he asserted claims in his *pro se* federal petition related to his juvenile record and age at the time of the crime.

This requested extension will permit counsel time to obtain the records that have not yet been disclosed before filing an amended petition. It is not made for the purposes of delay, but rather in the interests of justice as well as Mr. Garcia's interests.

On October 23, 2018, counsel contacted Deputy Attorney General Jessica Perlick regarding this extension request. She has no objection.

2

Dated October 23, 2018.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/Amelia L. Bizzaro*

Amelia L. Bizzaro
Assistant Federal Public Defender


IT IS SO ORDERED:

_____
United States District Judge

Dated: __February 13, 2019__