# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANGEL GARCIA,<br><br>        Plaintiff,<br><br>vs.<br><br>WARDEN BAKER, *et al.*,<br><br>        Defendant. | Case No.: 3:17-CV-00291-RCJ-CBC<br><br>ORDER |

Before the Court are Respondents' Motion for Enlargement of Time (ECF No. 16); Unopposed Motions for Enlargement of Time (ECF Nos. 17, 18); and Plaintiff's Unopposed Motion to Extend Time to File Reply (ECF Nos. 25), and good cause appearing;

IT IS HEREBY ORDERED that Respondents' motions (ECF Nos. 16, 17, 18) are **GRANTED.**

IT IS FURTHER ORDERED that Plaintiff's Unopposed Motion to Extend Time to File Reply (ECF No. 25) is **GRANTED.** Plaintiff shall file his Reply in support of his § 2254 Petition on or before December 8, 2019.

IT IS SO ORDERED this 20th day of September, 2019.

_____
ROBERT C. JONES
Senior District Judge