# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Angel Garcia,<br><br>        Petitioner,<br><br>    v.<br><br>Warden Baker, *et al.*,<br><br>        Respondents. | Case No. 3:17-cv-00291-RCJ-CBC<br><br>**ORDER GRANTING Unopposed Motion to Extend Time to File Reply**<br><br>**(Second Request)** |

## POINTS AND AUTHORITIES

Petitioner Angel Garcia respectfully asks this Court to enter an Order extending his deadline for filing a Reply in support of his § 2254 petition by 30 days from December 9, 2019 until January 8, 2020.

This extension is necessary to allow counsel time to prepare and file Garcia's Reply. It is not made for the purposes of delay. This is Garcia's second request to extend his deadline.

Counsel has been working diligently on Garcia's case, but is unable to complete the Reply before the deadline. Counsel respectfully asks for an additional 30 days to complete the reply, which takes into consideration her travel over the holidays.

Counsel's original extension request took into consideration her considerable travel in October, but miscalculated the amount of time counsel would have to devote to a case that had a state court evidentiary hearing planned for November 21, 2019. Unexpected developments that resulted in taking the hearing off the calendar took the majority of counsel's time in November. Additionally, counsel was out of town November 27-30, 2019 for Thanksgiving.

Counsel made every effort to complete Garcia's reply this past week, but was unable to complete. Counsel is out of town December 9-10 on another case, and from December 21-26 for Christmas. Counsel will prioritize the completion of this Reply and doesn't anticipate seeking another extension, absent unforeseen circumstances.

On December 8-9, 2019, counsel exchanged e-mails with Deputy Attorney General Jessica Perlick regarding this extension request. She has no objection.

For the reasons stated above, Garcia respectfully asks this Court to grant the requested extension until January 8, 2019.

2

Dated December 9, 2019.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/Amelia L. Bizzaro*

Amelia L. Bizzaro
Assistant Federal Public Defender

IT IS SO ORDERED:

_____
United States District Judge

Dated: December 9, 2019.